David L. WOODSON, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 00–3406.

United States Court of Appeals,
Federal Circuit.

Feb. 7, 2001.

Before MAYER, Chief Judge,
CLEVENGER and RADER, Circuit
Judges.

PER CURIAM.

David L. Woodson seeks review of the
August 11, 2000, decision by the Merit
Systems Protection Board, Docket No.
D3831M000063–I–1, affirming the Office of
Personnel Management's denial of his re-
quest to waive recovery of annuity over-
payments made to him under the Federal
Employees Retirement System because
the request was untimely filed. We *af-
firm.*

Patricia A. BONTON, Plaintiff–
Appellant,

v.

LOUISIANA DEPARTMENT OF LA-
BOR UNEMPLOYMENT COMPEN-
SATION OFFICE, Defendant–Appel-
lee.

No. 00–1535.

United States Court of Appeals,
Federal Circuit.

Feb. 6, 2001.

ORDER

Upon consideration of Patricia A. Bon-
ton's response to this court's January 2,
2001 order,

IT IS ORDERED THAT:

This appeal is transferred to the United
States Court of Appeals for the Fifth Cir-
cuit pursuant to 28 U.S.C. § 1631.